## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

```
PHILIP G. NERI,                   :
                                  :    Civil Action No. 06-2400 (RBK)
              Plaintiff,          :
                                  :
         v.                       :    ORDER
                                  :
ATTORNEY GENERAL OF               :
NEW JERSEY, et al.,               :
                                  :
              Defendants.         :
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this ___17th___ day of _____October_____, 2006,

ORDERED that Plaintiff's application to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of Burlington County Detention Center; and it is further

ORDERED that the Citizens Protection Act claim is DISMISSED WITH PREJUDICE; and it is further

ORDERED that all other claims are DISMISSED WITHOUT PREJUDICE as premature; and it is further

ORDERED that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from Plaintiff's institutional account

pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action.

S/Robert B. Kugler
Robert B. Kugler
United States District Judge